# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

AUBREY LYNN WIGGINS, III
AND BALEIGH WIGGINS,
INDIVIDUALLY AND ON BEHALF
OF THEIR MINOR CHILDREN R.W.
AND R.W.

NO.   2021 CW 0012

VERSUS

HANNAH NICOLE SCHNEIDER,
STATE FARM MUTUAL INSURANCE
COMPANY, STATE OF LOUISIANA,
AND STATE OF LOUISIANA
THROUGH THE DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT

**APRIL 21, 2021**

---

In Re:    State of Louisiana and State of Louisiana through the
          Department of Transportation and Development, applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 674289.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

   **WRIT DENIED.**

                            **AHP**

   **Holdridge, J.,** concurs.    This does not preclude the
defendant from re-urging a motion for summary judgment or from
filing a motion pursuant to La. Code Civ. P. art. 1425 (F) for a
pretrial hearing to determine whether plaintiff's witness
qualifies as an expert or whether the methodologies employed by
such witness are reliable under Articles 702 through 705 of the
Louisiana Code of Evidence.

   **McDonald, J.,** dissents and would issue a briefing schedule
pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT